The People of the State of New York, Respondent, 
against
Chinadu Ogbolu, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered March 16, 2018, convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered March 16, 2018, affirmed.
Defendant argues that his guilty plea to the charge of criminal possession of a controlled substance in the seventh degree was not knowing, voluntary and intelligent. Significantly, however, the only relief defendant requests is dismissal of the accusatory instrument rather than a remand for further proceedings, and he expressly requests this Court to affirm his conviction if it does not grant a dismissal. Since we are not prepared to dismiss the accusatory instrument that initially contained a class B felony drug sale charge, which was dismissed as a result of the negotiated plea, we affirm on this basis (see People v. Conceicao, 26 NY3d 375, 385 n 1 [2015]; People v Teron, 139 AD3d 450 [2016]). In any event, our review of the record indicates that defendant's guilty plea was entered knowingly, intelligently and voluntarily with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375; People v Sougou, 26 NY3d 1052 [2015]). Defendant's present challenges to the plea are both unpreserved and without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 14, 2019